# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-2579-LAB |
|---|---|
| v. | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS** |
| DIEGO DE LA CONCHA (2), | |
| Defendant | |

IT IS HEREBY ORDERED that the information shall be dismissed against Diego De La Concha, without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: March 3, 2021

_Larry A. Burns_
HON. LARRY ALAN BURNS
UNITED STATES
DISTRICT COURT JUDGE